■ In the Matter of THOMAS C. MANGIALINO, JR., et al.,

Respondents, v WHITE HAVEN MEMORIAL PARK, Appellant. (Appeal No. 1.)—Appeal unanimously dismissed as academic without costs *(see,* mem in *Matter of Mangialino v White Haven Mem. Park* [appeal No. 2], 132 AD2d 970 [decided herewith]). (Appeal from order of Supreme Court, Monroe County, Curran, J.—protective order.) Present—Denman, J. P., Boomer, Pine, Lawton and Davis, JJ.